IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

Civil Action No. _____

| | |
|---|---|
| PATRICIA RITTENOUR, as Executor of the ESTATE OF DEE LYNNE RITTENOUR, and PATRICIA RITTENOUR, Individually, <br><br> Plaintiffs, <br> v. <br><br> AMERICAN GENERAL LIFE INSURANCE COMPANY, and COREBRIDGE DIRECT INSURANCE SERVICES, INC., <br><br> Defendants. | **NOTICE OF REMOVAL** |

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendants American General Life Insurance Company ("American General") and Corebridge Direct Insurance Services, Inc. ("Corebridge) (collectively, "Defendants"), by and through their undersigned counsel, hereby remove this action from the Superior Court Division of the North Carolina General Court of Justice, in and for Mitchell County, where it is now pending, to the United States District Court for the Western District of North Carolina (Ashville Division). This action is removable pursuant to 28 U.S.C. §§ 1332 and 1441 because there is complete diversity of citizenship between Plaintiffs and Defendants and the amount in controversy exceeds $75,000, exclusive of interest and costs. In support of this Notice of Removal, Defendants state as follows:

## PROCEDURAL REQUIREMENTS FOR REMOVAL

1. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders from the state court action are attached hereto as **Exhibit A**.

2. This action was originally filed against Defendants in the Superior Court Division of the North Carolina General Court of Justice, in and for Mitchell County, on December 18, 2025. *See* Ex. A at 1.

3. This action could have been originally filed in this Court pursuant to 28 U.S.C. § 1332 because there is complete diversity of citizenship between Plaintiffs and Defendants, and the amount in controversy exceeds the $75,000 jurisdictional minimum.

4. Removal is being effected within 30 days of the filing of the Complaint. Therefore, this Notice of Removal is timely pursuant to Fed. R. Civ. P. 6(a) and 28 U.S.C. § 1446(b)(1), regardless of whether and defendant have been formally served.

5. The United States District Court for the Western District of North Carolina, Asheville Division is the federal district and division embracing the Superior Court Division of the North Carolina General Court of Justice, in and for Mitchell County, North Carolina, where this action was originally filed. Venue is therefore proper in this Court pursuant to 28 U.S.C. §§ 113(c) and 1441(a).

## DIVERSITY OF CITIZENSHIP

6. Plaintiff Patricia Rittenour is a citizen of the State of North Carolina, residing in Mitchell County, North Carolina. Ex. A Complaint at ¶ 1.

7. Dee Lynne Rittenour ("Decedent") was a citizen of North Carolina, residing in Mitchell County, North Carolia at the time of his death. *Id.* at ¶ 2. Thus, the Estate of Dee Lynne

Rittenour is a citizen of the State of North Carolina for purposes of diversity jurisdiction. *See* 28 U.S.C. § 1332(c)(4).

8. Defendant American General Life Insurance Company is a corporation incorporated under the laws of the State of Texas with its principal place of business in Houston, Texas. Thus, Defendant American General is a citizen of the State of Texas.

9. Defendant Corebridge Direct Insurance Services, Inc. is a corporation incorporated under the laws of the State of California with its principal place of business in San Diego, California. Thus, Defendant Corebridge is a citizen of the State of California.

10. Thus, the complete diversity of citizenship requirement for removal is satisfied.

## **AMOUNT IN CONTROVERSY**

11. Plaintiffs seek damages in the principal sum of $250,000 in addition to treble and punitive damages. Ex. A. Complaint at un-numbered paragraph following ¶ 52.

12. Thus, the amount in controversy requirement for removal is also satisfied.

## **MISCELLANOUS**

13. A copy of this Notice of Removal will be filed with the Clerk of the Superior Court Division of the North Carolina General Court of Justice, in and for Mitchell County, as provided by law, and written notice is being sent to Plaintiffs' counsel. A copy of the Notice to be filed with the Superior Court of Mitchell County, North Carolina is attached hereto as **Exhibit B**.

14. Defendants have not previously sought similar relief in this matter.

15. The allegations of the Notice of Removal are true, correct, and within the jurisdiction of the United States District Court for the Western District of North Carolina, Asheville Division, and this cause is removable to the United States District Court for the Western District of North Carolina, Asheville Division.

16. If any question arises as to the propriety of the removal of this action, Defendants respectfully request the opportunity to present a brief and oral argument in support of its Notice of Removal.

WHEREFORE, ALL PREMISES CONSIDERED, Defendants American General Life Insurance Company and Corebridge Direct Insurance Services, Inc., by counsel, desiring to remove this civil action to the United States District Court for the Western District of North Carolina, Asheville Division, being the District for the County in which such civil action is pending, pray that the filing of the Notice of Removal, the service of written notice thereof on Plaintiffs' counsel, and the filing of a copy of this Notice of Removal with the Clerk of the Superior Court of Mitchell County, North Carolina shall effect the removal of said civil action to this Honorable Court.

Dated: January 16, 2026

Respectfully submitted,

s/*Frank J. Cuccio*
Frank J. Cuccio
N.C. State Bar No. 55572
**BRESSLER, AMERY & ROSS, P.C.**
325 Columbia Turnpike, Suite 301
Florham Park, NJ 07932
Tel. (973) 514-1200
Email: fcuccio@bressler.com

*Attorneys for Defendants American General Life Insurance Company and Corebridge Direct Insurance Services, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify a true and correct copy of the foregoing was served on January 16, 2026 via CM/ECF, Electronic Mail, U.S. mail, first class, on the following:

William (Bill) Bomar
N.C. Bar No. 55726
Law Office of William Bomar
714 Summit Ave.
Spruce Pine, NC 28777
T: 828-520-1272

Joseph Bomar
N.C. Bar No. 50066
PO Box 193
Spruce Pine, NC 28777

*Counsel for Plaintiff Patricia Rittenour*

                                                  */s/ Frank Cuccio*